# COMPLAINT
### (for non-prisoner filers without lawyers)

U.S. District Court
Wisconsin Eastern

MAR 2 3 2026

FILED
Clerk of Court

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

George W. Watts III

v.

(Full name of defendant(s))

JBS Green Bay Inc. et al

Case Number:

26-CV-463

(to be supplied by Clerk of Court)

A.    PARTIES

1.    Plaintiff is a citizen of __Wisconsin__ and resides at
           (State)

__813 Schwartz St Green Bay WI 54302__
                    (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.    Defendant __JBS Green Bay Inc. et al__
                                (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____Wisconsin_____

(State, if known)

and (if a person) resides at _____1330 Lime Kiln Rd Green Bay, WI 54311_____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____JBS Green Bay Inc  1330 Lime Kiln Rd Green Bay, WI 54311_____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

The Plaintiff reported potential OSHA violations to his managment team. The Defendant's management team retaliated against the Plaintiff by falsely accusing him of falsifying their business records. They (the Defendant) took immediate disciplinary action against the Plaintiff by suspending him on Nov. 8TH, 2024 following an investigation to prove their claims. Their investigation turned up no evidence, other than camera footage

Complaint – 2

which does not definitively show or prove that the Plaintiff falsified anything. On Thursday, Nov. 14TH 2024 after the investigation was completed the Defendant terminated the Plaintiff's employment. The timing of the Plaintiff's suspension (72 Hours after reporting the OSHA concern) shows a direct correlation between his reporting the potential OSHA violation and the disciplinary actions taken against him. The fact that the Defendant turned up no evidence against the Plaintiff and then terminated him after he refused to write a statement admitting wrongdoing shows deliberate malicious intent. The Plaintiff's co-worker observed another co-worker who was actually falsifying records and reported it to management, but no actions were taken against this employee. The fact that the Plaintiff is the only black man in his department demonstrates discriminatory conduct and disparate treatment.

Complaint – 3

## C.  JURISDICTION

☒  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am looking to recover all lost wages from the date of my termination up to present day, including any vacation pay or bonuses I would have earned, plus $100,000 for pain and suffering.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___23___ day of ___March___ 20 _26_.

Respectfully Submitted,

_George Watts_
Signature of Plaintiff

_(920) 737-0092_
Plaintiff's Telephone Number

_george.watts77@ydhoo.com_
Plaintiff's Email Address

_813 Schwartz St_

_Green Bay, WI 54302_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5